# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon.

TO: State Bar of Michigan
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI 48640

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk     August 22, 2019
                     Date

---

## PROOF OF SERVICE

This summons for _____State Bar of Michigan_____ was received by me on _____.
(name of individual and title, if any)                                      (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                     (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)     (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                          _____
                                          Server's signature

Additional information regarding attempted service, etc.:
                                          _____
                                          Server's printed name and title

                                          _____
                                          Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon.

TO: Jennifer M. Grieco
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI 48933

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI 48640

CLERK OF COURT

By: Deputy Clerk                    August 22, 2019
                                    Date

## PROOF OF SERVICE

This summons for _____ Jennifer M. Grieco _____ was received by me on _____.
           (name of individual and title, if any)                          (date)

☐ I personally served the summons on the individual at _____
                                                        (place where served)
on _____.
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)            (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon.

TO: Dennis M. Barnes
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI 48640

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

CLERK OF COURT

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk                         August 22, 2019
                                              Date

## PROOF OF SERVICE

This summons for _____ Dennis M. Barnes _____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                         (place where served)
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                         (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                   (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                        _____
                                                        Server's signature

Additional information regarding attempted service, etc.:
                                                        _____
                                                        Server's printed name and title

                                                        _____
                                                        Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon.

TO: Robert J. Buchanan
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI  48933

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI  48640

CLERK OF COURT

By: Deputy Clerk                August 22, 2019
                                     Date

---

## PROOF OF SERVICE

This summons for __Robert J. Buchanan__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_Server's signature_

Additional information regarding attempted service, etc.:

_Server's printed name and title_

_Server's address_

AO 440 (Rev. 01/09) Summons in a Civil Action – MIWD (Rev. 07/15)
Case 1:19-cv-00670-RJJ-PJG   ECF No. 2 filed 08/22/19   PageID.32   Page 5 of 6

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon.

TO: Dana M. Warnez
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI 48640

CLERK OF COURT

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk                    August 22, 2019
                                    Date

## PROOF OF SERVICE

This summons for _____Dana M. Warnez_____ was received by me on _____.
               (name of individual and title, if any)                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____                    _____
                                        *Server's signature*

Additional information regarding attempted service, etc.:
                                        _____
                                        *Server's printed name and title*

                                        _____
                                        *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon.

TO: James W. Heath
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI 48933

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI 48640

CLERK OF COURT

By: Deputy Clerk        Date: August 22, 2019

---

## PROOF OF SERVICE

This summons for ____James W. Heath____ was received by me on _____.
(name of individual and title, if any)                                   (date)

☐ I personally served the summons on the individual at _____ on _____.
                                                       (place where served)      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                   (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                      (date)

☐ I served the summons on _____, who is designated by law to accept service
                           (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)      (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address