UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCILLE S. TAYLOR,

       Plaintiff,                          Case No. 1:19−cv−670

v.                                      Hon. Robert J. Jonker

STATE BAR OF MICHIGAN, et al.,

       Defendants.
_____/

### NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above−captioned case was filed in this court on August 22, 2019 .   The case has been assigned to Robert J. Jonker .

                                           CLERK OF COURT

Dated:   August 23, 2019       By:    /s/ N. Stimec_____
                                                      Deputy Clerk