# SUMMONS IN A CIVIL ACTION

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon. Robert J. Jonker

TO: State Bar of Michigan
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI 48933

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI 48640

CLERK OF COURT

8/23/2019

By: Deputy Clerk                                               Date

## PROOF OF SERVICE

This summons for _____State Bar of Michigan_____ was received by me on _____.
(name of individual and title, if any)                         (date)

☐ I personally served the summons on the individual at _____
on _____.                                              (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

                                                Server's signature

Additional information regarding attempted service, etc.:

                                                Server's printed name and title

                                                Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon. Robert J. Jonker

TO: Jennifer M. Grieco
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI 48933

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI 48640

CLERK OF COURT

8/23/2019

By: Deputy Clerk                                    Date

## PROOF OF SERVICE

This summons for _____Jennifer M. Grieco_____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                                              (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon. Robert J. Jonker

TO: Dennis M. Barnes
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI 48933

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI 48640

CLERK OF COURT

8/23/2019

By: Deputy Clerk                                Date

## PROOF OF SERVICE

This summons for _____ Dennis M. Barnes _____ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                            (place where served)
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                       (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                            (name of individual)
of process on behalf of _____ on _____.
                        (name of organization)            (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon. Robert J. Jonker

TO: Robert J. Buchanan
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI 48933

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 314 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI 48640

CLERK OF COURT

8/23/2019

By: Deputy Clerk                           Date

---

## PROOF OF SERVICE

This summons for __Robert J. Buchanan__ was received by me on _____.
(name of individual and title, if any)                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                            (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                             (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)          (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon. Robert J. Jonker

TO: Dana M. Warnez
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI  48933

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI  48640

CLERK OF COURT

8/23/2019

By: Deputy Clerk                                         Date

## PROOF OF SERVICE

This summons for _____Dana M. Warnez_____ was received by me on _____.
(name of individual and title, if any)                                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                                   (place where served)
       (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                 (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

                                                            _____
                                                                    *Server's signature*

Additional information regarding attempted service, etc.:

                                                            _____
                                                                  *Server's printed name and title*

                                                            _____
                                                                       *Server's address*

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Lucille S. Taylor

v.

State Bar of Michigan, Jennifer M. Grieco, Dennis M. Barnes, Robert J. Buchanan, Dana M. Warnez, James W. Heath

Case No. 1:19-cv-00670
Hon. Robert J. Jonker

TO: James W. Heath
ADDRESS: Michael Franck Building
306 Townsend Street
Lansing, MI  48933

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within  21  days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 314 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Derk A. Wilcox (P66177)
Mackinac Center Legal Foundation
140 West Main Street
Midland, MI  48640

CLERK OF COURT

8/23/2019

By: Deputy Clerk                                      Date

## PROOF OF SERVICE

This summons for   James W. Heath   was received by me on _____.
(name of individual and title, if any)                                       (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                (place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                     (date)

☐ I returned the summons unexecuted because _____.

☐ Other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Additional information regarding attempted service, etc.:

_____
*Server's printed name and title*

_____
*Server's address*