UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCILLE S. TAYLOR,

      Plaintiff,

v.

      CASE NO. 1:19-CV-670

      HON. ROBERT J. JONKER

STATE BAR OF MICHIGAN, et al.,

      Defendants.
_____/

## ORDER

By agreement of the parties and as stated in their Joint Status Report, the following persons shall be substituted as defendants in this matter:

| ORIGINAL PARTY | SUBSTITUTED PARTY |
|---|---|
| Jennifer M. Grieco, in her official capacity as President of the State Bar of Michigan Board of Commissioners | Dennis M. Barnes, in his official capacity as President of the State Bar of Michigan Board of Commissioners |
| Dennis M. Barnes, in his official capacity as President-Elect of the State Bar of Michigan Board of Commissioners | Robert J. Buchanan, in his official capacity as President-Elect of the State Bar of Michigan Board of Commissioners |
| Robert J. Buchanan, in his official capacity as Vice President of the State Bar of Michigan Board of Commissioners | Dana M. Warnez, in her official capacity as Vice President of the State Bar of Michigan Board of Commissioners |
| Dana M. Warnez, in her official capacity as Secretary of the State Bar of Michigan Board of Commissioners | James W. Heath, in his official capacity as Secretary of the State Bar of Michigan Board of Commissioners |
| James W. Heath, in his official capacity as Treasurer of the State Bar of Michigan Board of Commissioners | Daniel D. Quick, in his official capacity as Treasurer of the State Bar of Michigan Board of Commissioners |

IT IS SO ORDERED.

Dated:   November 14, 2019      /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      CHIEF UNITED STATES DISTRICT JUDGE