# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LUCILLE S. TAYLOR,<br><br>    Plaintiff,<br><br>v<br><br>STATE BAR OF MICHIGAN, a public Corporation; DENNIS M. BARNES, President of the State Bar of Michigan Board of Commissioners; ROBERT J. BUCHANAN, President-Elect of the State Bar of Michigan Board of Commissioners; DANA M. WARNEZ, Vice President of the State Bar of Michigan Board of Commissioners; JAMES W. HEATH, Secretary of the State Bar of Michigan Board of Commissioners; DANIEL D. QUICK, Treasurer of the State Bar of Michigan Board of Commissioners,<br><br>    Defendants. | Case No.: 1:19-cv-00670<br><br><br>HON. ROBERT J. JONKER<br><br><br>**STIPULATION TO DISMISS THE STATE BAR OF MICHIGAN AS A PARTY** |

| | |
|---|---|
| Derk A. Wilcox (P66177)<br>Patrick J. Wright (P54052)<br>MACKINAC CENTER LEGAL FOUNDATION<br>140 West Main Street<br>Midland, Michigan 48640<br>(989) 631-0900<br>wilcox@mackinac.org<br>*Attorneys for Plaintiff* | Andrea J. Bernard (P49209)<br>Charles R. Quigg (P82624)<br>WARNER NORCROSS + JUDD LLP<br>1500 Warner Building<br>150 Ottawa Avenue NW<br>Grand Rapids, Michigan 49503<br>(616) 752-2199<br>abernard@wnj.com<br>cquigg@wnj.com<br>*Attorneys for Defendants*<br><br>John J. Bursch (P57679)<br>BURSCH LAW PLLC<br>9339 Cherry Valley Avenue SE, #78<br>Caledonia, Michigan 49316<br>(616) 450-4235<br>jbursch@burschlaw.com<br>*Co-Counsel for Defendants* |

## THE PARTIES' STIPULATION
## TO DISMISS DEFENDANT STATE BAR OF MICHIGAN

Pursuant to Federal Rule of Civil Procedure 21, the Parties jointly request that the Court use its authority to drop and dismiss the State Bar of Michigan as a party defendant in this matter.

1. Plaintiff filed her lawsuit on August 22, 2019. Plaintiff named the State Bar of Michigan as one of the Defendants. Defendants answered on September 19, 2019.

2. On November 6, 2019, the parties submitted their Joint Status Report. In this Report, at paragraph 5, the parties submitted that: "Defendants have raised the issue whether the state bar is a proper party. That issue has not been resolved to date, and may lead to a motion, stipulation, or amendment to remove the State Bar of Michigan as a defendant and proceed against the officers in their official capacities."

3. A Rule 16 Scheduling Conference was held November 13, 2019. At that conference, the issue of retaining the State Bar of Michigan as a party was raised. The Plaintiff's counsel told the Court that she was in agreement that the State Bar of Michigan could be dismissed as a party with Plaintiff still being able to get the complete relief she sought. Plaintiff asked the Court if dropping the State Bar of Michigan as a party would require a motion, or just a stipulation. It is the recollection of the parties that the Court stated that a stipulation would be sufficient.

4. The parties hereby agree to drop the State Bar of Michigan as a defendant party, and dismiss the State Bar of Michigan with prejudice. The other Defendants remain as parties in their official capacities.

So stipulated this 14th day of May, 2020.

Dated: May 14, 2020                                       Dated: May 14, 2020

| /s/ Derk A. Wilcox_____ | /s/ Andrea J. Bernard (signed with permission) |
|---|---|
| Derk A. Wilcox (P66177)<br>Patrick J. Wright (P54052)<br>MACKINAC CENTER LEGAL FOUNDATION<br>140 West Main Street<br>Midland, Michigan 48640<br>(989) 631-0900<br>wilcox@mackinac.org<br>*Attorneys for Plaintiff* | Andrea J. Bernard (P49209)<br>Charles R. Quigg (P82624)<br>WARNER NORCROSS + JUDD LLP<br>1500 Warner Building<br>150 Ottawa Avenue NW<br>Grand Rapids, Michigan 49503<br>(616) 752-2199<br>abernard@wnj.com<br>cquigg@wnj.com<br>*Attorneys for Defendants*<br><br>John J. Bursch (P57679)<br>BURSCH LAW PLLC<br>9339 Cherry Valley Avenue SE, #78<br>Caledonia, Michigan 49316<br>(616) 450-4235<br>jbursch@burschlaw.com<br>*Co-Counsel for Defendants* |

\*\*\*

## ORDER

Pursuant to the stipulation of the parties as set forth above, the provisions of this stipulation are hereby Ordered by the Court, and the State Bar of Michigan is dropped from the case, and dismissed with prejudice.

Dated: _____

                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE