UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| LUCILLE S. TAYLOR, | Case No. 1:19-cv-00670 |
| Plaintiff, | Hon. Robert J. Jonker |
| v. | |
| DENNIS M. BARNES, in his official capacity as President of the State Bar of Michigan Board of Commissioners; ROBERT J. BUCHANAN, in his official capacity as President-Elect of the State Bar of Michigan Board of Commissioners; DANA M. WARNEZ, in her official capacity as Vice President of the State Bar of Michigan Board of Commissioners; JAMES W. HEATH, in his official capacity as Secretary of the State Bar of Michigan Board of Commissioners; and DANIEL D. QUICK, in his official capacity as Treasurer of the State Bar of Michigan Board of Commissioners; | |
| Defendants. | |

_____/

**DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

Defendants Dennis M. Barnes, in his official capacity as President of the

State Bar of Michigan Board of Commissioners; Robert J. Buchanan, in his official

capacity as President-Elect of the State Bar of Michigan Board of Commissioners;

Dana M. Warnez, in her official capacity as Vice President of the State Bar of

Michigan Board of Commissioners; James W. Heath, in his official capacity as

Secretary of the State Bar of Michigan Board of Commissioners; and Daniel D.

Quick, in his official capacity as Treasurer of the State Bar of Michigan Board of

Commissioners, hereby move for summary judgment under Federal Rule of Civil

Procedure 56 on all counts of Plaintiff Lucille Taylor's complaint for the reasons set

forth in the accompanying brief. Plaintiff opposes the relief requested in this

Motion.

  **WHEREFORE,** Defendants respectfully request that this Court enter

judgment under Federal Rule of Civil Procedure 56 in favor of Defendants on all

counts of Plaintiff's complaint.


Dated: June 15, 2020

           */s/ Andrea J. Bernard*
           Andrea J. Bernard (P49209)
           Charles R. Quigg (P82624)
           WARNER NORCROSS + JUDD LLP
           1500 Warner Building
           150 Ottawa Avenue NW
           Grand Rapids, Michigan 49503
           (616) 752-2000
           abernard@wnj.com
           cquigg@wnj.com
           *Attorneys for Defendants*

           John J. Bursch (P57679)
           BURSCH LAW PLLC
           9339 Cherry Valley Avenue SE, #78
           Caledonia, Michigan 49316
           (616) 450-4235
           jbursch@burschlaw.com
           *Co-Counsel for Defendants*

20248409