UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCILLE S. TAYLOR,

    Plaintiff,

v.

DENNIS M. BARNES, et al.,

    Defendants.

_____/

CASE NO. 1:19-CV-670

HON. ROBERT J. JONKER

## **ORDER**

The Court has reviewed all of the pleadings filed in preparation of the oral argument scheduled for August 25, 2020 on the cross motions for summary judgment.

In light of the parties' careful and thorough briefing, and the Joint Statement of Undisputed Facts, the Court does not believe oral argument is necessary, and hereby **CANCELS** the August 25 hearing. The Court will issue a written opinion.


Dated:   August 24, 2020           /s/ Robert J. Jonker
                                                                ROBERT J. JONKER
                                                                CHIEF UNITED STATES DISTRICT JUDGE