UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCILLE S. TAYLOR,

       Plaintiff,

                                       CASE NO. 1:19-CV-670

v.

                                       HON. ROBERT J. JONKER

DENNIS M. BARNES, et al.,

       Defendants.

_____/

## JUDGMENT

In accordance with the Order entered this date, **JUDGMENT** is entered in favor of

Defendants Dennis M. Barnes, Robert J. Buchanan, James W. Heath, Daniel D. Quick, Dana M.

Warnez and against Plaintiff Lucille S. Taylor.


Date:   September 8, 2020           /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      CHIEF UNITED STATES DISTRICT JUDGE